### 27204. TYRE *v.* THE STATE.

GUERRY, J. No error of law is complained of. The evidence supported the verdict.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 19, 1939. REHEARING DENIED MARCH 28, 1939.

*H. L. Williams,* for plaintiff in error.
*John S. Gibson, solicitor-general,* contra.